UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>VINCENT J. ERARDI;<br>DEBORAH J. ERARDI;<br>FOUR TEN ENTERPRISES, INC.;<br>a California Corporation;<br>and Does 1-10,<br><br>　　　　Defendants. | Case: 2:16-CV-00456-JAM-EFB<br><br>**ORDER** |

# **ORDER**

　　Pursuant to F.R.CIV.P.41(a)(1), and the parties stipulation, this action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.

Dated: 8/5/2016　　　　/s/ John A. Mendez
　　　　　　　　　　　HONORABLE JOHN A. MENDEZ
　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE

1